IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA, :
:
:
v. : CRIMINAL ACTION NO.
: 2:15-CR-13-RWS
JAIME AGUIRRE-SANCHEZ, :
:
Defendant. :

## ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge J. Clay Fuller [Doc. No. 35], which recommends that Defendant's Motion to Suppress [Doc. No. 19] be denied. Defendant Aguirre-Sanchez objects to the Report and Recommendation by arguing that his Fourth Amendment rights were violated after his initial detention when, without any ongoing safety issues or reasonable suspicion, the officers continued to detain him for at least 25 more minutes until their investigation developed probable cause for his arrest. Defendant did not object to the Magistrate Judge's recommendation regarding the consensual search of the vehicle that was initially raised in Defendant's Motion to Suppress [Doc. No. 19].

The Court disagrees with Defendant's contention that there were neither

ongoing safety issues nor reasonable suspicion after the initial detention. Given the totality of the circumstances, the deputies had a reasonable suspicion that Defendant was involved in an altercation, and they acted reasonably in handcuffing the two men and investigating why there were at the residence, what had happened there, and who was the aggressor in the altercation. The deputies were not required to act on the assumption that Hernandez was the aggressor, rather than securing the scene while they investigated what actually happened. Moreover, due to the language barrier, the deputies could not question the men until an interpreter arrived. The 25 minute delay was a reasonable amount of time to wait for an interpreter to arrive. Once the interpreter arrived, he acted diligently in determining what had happened at the scene. Defendant was detained for less than an hour from the time he was first handcuffed until the rifles were discovered in this vehicle, an amount of time that was not unreasonable given the need to have an interpreter to communicate with the men and the deputies' efforts to investigate the fight.

Accordingly, the Court finds that the deputies' detention of Defendant was reasonable, and the Court hereby approves and adopts the Report and Recommendation [Doc. No. 35] as the opinion and order of this Court.

AO 72A
(Rev.8/82)

Defendant's Motion to Suppress [Doc. No. 19] is DENIED.

**SO ORDERED**, this 13th day of January, 2016.

_____
RICHARD W. STORY
United States District Judge